IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE MOHLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-1221-DGW-SCW |
| ) | |
| AIR & LIQUID SYSTEMS CORPORATION,) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Pursuant to this Court's Scheduling Order entered on June 18, 2014 (Doc. 378), the following Defendants, and any claim, including cross-claims, made by and/or against listed Defendants, are hereby **DISMISSED WITHOUT PREJUDICE** per the stipulations filed by Plaintiff and the lack of objection thereto:[1]

By document number: [2]

176   Murco Wall Products, Inc..
306   Ameron International Corp.
307   Aurora Pump Company
308   AWC 1997 Corporation
309   Bechtel Construction Company
310   Bechtel Corporation
311   Boise Cascade, LLC
312   BW/IP, Inc.
313   Daniel International Corporation
314   The Dow Chemical Company
315   Fluor Corporation

---

[1] No objections to the stipulations have been filed.

[2] The numbers preceding each entry references the docket number of the stipulation. A number of stipulations as a particular Defendant have been filed twice and are reflected in the alphabetical listing.

| | |
|---|---|
| 316 | Fluor Enterprises, Inc. |
| 317 | Hollingsworth & Vose |
| 318 | Industrial Holdings Corporation |
| 319 | Joy Global Underground Mining, LLC |
| 320 | Meadwestvaco Corporation |
| 321 | Research-Cottrell |
| 322 | Ric Wil, Inc. |
| 323 | Riley Stoker Corporation |
| 324 | Thermwell Products Co., Inc. |
| 325 | York International Corporation |
| 336 | URS Energy & Construction, Inc. |
| 337 | SPX Cooling Technologies, Inc. |
| 356 | Rust International, Inc. |
| 357 | J.H. France Refractories, Inc. |
| 358 | The Kraissl Company, Inc. |
| 359 | Pharmacia Corporation |
| 360 | Rogers Corporation |
| 370 | Rust International, Inc. |
| 371 | J.H. France Refractories Company |
| 372 | Pharmacia |
| 373 | Rogers Corporation |
| 374 | The Kraissl Company, Inc. |

In alphabetical order:

| | |
|---|---|
| 306 | Ameron International Corp. |
| 307 | Aurora Pump Company |
| 308 | AWC 1997 Corporation |
| 309 | Bechtel Construction Company |
| 310 | Bechtel Corporation |
| 311 | Boise Cascade, LLC |
| 312 | BW/IP, Inc. |
| 313 | Daniel International Corporation |
| 315 | Fluor Corporation |
| 316 | Fluor Enterprises, Inc. |
| 317 | Hollingsworth & Vose |
| 318 | Industrial Holdings Corporation |
| 371 | J.H. France Refractories Company |
| 357 | J.H. France Refractories, Inc. |
| 319 | Joy Global Underground Mining, LLC |
| 320 | Meadwestvaco Corporation |
| 176 | Murco Wall Products, Inc.. |
| 372 | Pharmacia |
| 359 | Pharmacia Corporation |
| 321 | Research-Cottrell |

2

| | |
|---|---|
| 322 | Ric Wil, Inc. |
| 323 | Riley Stoker Corporation |
| 360/373 | Rogers Corporation |
| 356/370 | Rust International, Inc. |
| 337 | SPX Cooling Technologies, Inc. |
| 314 | The Dow Chemical Company |
| 358/374 | The Kraissl Company, Inc. |
| 324 | Thermwell Products Co., Inc. |
| 336 | URS Energy & Construction, Inc. |
| 325 | York International Corporation |

**IT IS SO ORDERED.**

**DATED: July 2, 2014**

                                                      **DONALD G. WILKERSON**
                                                      **United States Magistrate Judge**